UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-14353 |
| | | CHAPTER 13 |
| STANLEY A. THOMAKOS | | |
| MICHELLE D. THOMAKOS | : | JUDGE JEFFERY P. HOPKINS |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 918113 | $6.56 |

Creditor(s)
GUARDIAN PROTECTION SERVICES
650 RIDGE ROAD
PITTSBURGH, PA 15205-9504

                                 Respectfully submitted,

                              /s/   Margaret A. Burks, Esq.
                                   Margaret A. Burks, Esq.
                                   Chapter 13 Trustee
                                   Attorney No. OH 0030377

                                   Francis J. DiCesare, Esq.
                                   Staff Attorney
                                   Attorney No. OH 0038798

                                   Karolina F. Perr, Esq.
                                   Staff Attorney
                                   Attorney No. OH 0066193

                                   600 Vine Street, Suite 2200
                                   Cincinnati, OH 45202
                                   (513) 621-4488
                                   (513) 621 2643 (Facsimile)
                                   mburks@cinn13.org - Correspondence only
                                   fdicesare@cinn13.org
                                   kperr@cinn13.org
                                   cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, August 24, 2011.

                                         /s/     Margaret A. Burks, Esq.
                                                     Margaret A. Burks, Esq.

GUARDIAN PROTECTION SERVICES
650 RIDGE ROAD
PITSBURGH, PA 15205-9504

Debtor(s) Counsel
GOERING & GOERING
220 WEST 3RD STREET
CINCINNATI, OH  45202

Debtor(s)
STANLEY A. THOMAKOS
MICHELLE D. THOMAKOS
2584 CALIFORNIA ROAD
OKEANA, OH  45053

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Registry_Deposit_for_Creditor